UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE YOUNG ROBIDOUX, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action Number |
| | * | 5:20-cv-00615-FL |
| MARTIN O'MALLEY[1], | * | |
| Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |
| | * * * * * | |

ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this  16  day of   October  , 2024, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Derrick K. Arrowood, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of  $24,000.0  (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees[s] he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in the suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).